IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MICHAEL ANTHONY DAVIS, | § | |
| Petitioner, | § | |
| v. | § | 2:16-CV-131 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DISMISSING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

Came for consideration the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed by petitioner MICHAEL ANTHONY DAVIS. On September 29, 2017, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's motion to vacate be dismissed. No objections to the Report and Recommendation have been filed as of this date.

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby ADOPTS the Report and Recommendation. Accordingly, the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed by petitioner is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this **31st** day of **October** 2017.

**s/ Mary Lou Robinson**
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE